3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE L. MALDONADO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-091 |
| | § | JURY DEMAND |
| ZIMCO MARINE, INC. | § | |

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant **ZIMCO MARINE, INC.** files this Original Answer to Plaintiff **JORGE L. MALDONADO's** Original Complaint.

### A. Admissions and Denials

1. Defendant admits the allegations in paragraph 1.

2. Defendant admits the allegations in paragraph 2.

3. Defendant admits that the action is brought for damages under the Age Discrimination in Employment Act but denies that Plaintiff requires protection or is entitled to redress.

4. Defendant admits that Jorge Maldonado was a seasonal employee of Defendant until September 1999 but denies that Plaintiff suffered any injuries and damages prior to or as a result of termination due to a reduction of work force.

5. Defendant admits the allegations of paragraph 5.

6. Defendant admits that it employs more than 15 persons but denies that Plaintiff was subjected to illegal and discriminatory action.

7. Defendant admits that Plaintiff was a seasonal employee of Defendant during the preceding years but denies the remaining allegations in paragraph 7.

8. Defendant admits that Plaintiff was terminated in September 1999 due to lack of work but denies the remaining allegations in paragraph 8.

9. Defendant denies the allegations in paragraph 9.

10. Defendant admits that Plaintiff filed a complaint with the Equal Employment Opportunity Commission and received a right to sue letter but denies the remaining allegations in paragraph 10.

11. Defendant denies the allegations in paragraph 11.

12. Defendant denies the allegations in paragraph 12.

13. Defendant admits that Plaintiff has sued under the Age Discrimination in Employment Act of 1967.

14. Defendant denies the allegations in paragraph 14.

15. Defendant admits that this lawsuit is within this Court's jurisdiction but denies that the action has been brought pursuant to the Federal Declaratory Judgments Act (28 U.S.C. § 2201).

16. Defendant denies the allegations in paragraph 16.

17. Defendant admits the allegations in paragraph 17.

18. No admission or denial is necessary for the general prayer but, should such be necessary, the allegations within paragraph 18 are denied.

## B. Affirmative Defenses

19. Defendant is not liable to Plaintiff because the statute of limitations contained in 29 U.S.C. § 626(e) bars Plaintiff's claims. The Notice of Right to Sue issued on the request of Plaintiff was mailed to Plaintiff on February 28, 2001. The provisions of F.R.C.P. Rule 6(e) allow an additional period of three days to the time Plaintiff was required to file suit under § 626(e); yet, suit was not filed until June 4, 2001, which was 96 days after the mailing of the right to sue letter.

20. Defendant is not liable to Plaintiff because Plaintiff was a seasonal worker who was terminated due to a reduction of work force at the end of the season for which he was employed. Plaintiff's age was not a factor of any sort in his termination.

21. Defendant is not liable to Plaintiff because Plaintiff's discharge was based on reasonable factors other than age.

## C. Conditions Precedent

22. Plaintiff has not performed all conditions precedent that he was required to perform before filing suit. Plaintiff did not file suit within 90 days after the date of receipt of the Notice of Right to Sue.

## D. Prayer

23. For these reasons, Defendant asks the Court to enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, assess costs against Plaintiff and award Defendant all other relief to which it is entitled.

DATED: June 15, 2001.

Respectfully submitted,

**FLEMING & OLVERA, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

By: /s/ Tom Fleming
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

**ATTORNEYS FOR DEFENDANT,
ZIMCO MARINE, INC.**

## CERTIFICATE OF SERVICE

I, Tom Fleming, certify that a true and correct copy of the foregoing **DEFENDANT'S ORIGINAL ANSWER** was served June 15, 2001 in the manner(s) indicated below upon the following Counsel-of-record:

**COUNSEL FOR PLAINTIFF,
JORGE L. MALDONADO:**
Miguel Salinas
GARZA & SALINAS, LLP
680 East St. Charles, Suite 110
Brownsville, Texas 78520
(Certified United States Mail, R.R.R., #7099 3220 0000 8250 6267)

/s/ Tom Fleming
Tom Fleming