IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE L. MALDONADO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-091 |
| | § | JURY DEMAND |
| ZIMCO MARINE, INC. | § | |

### DEFENDANT'S DEMAND FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant **ZIMCO MARINE, INC.** asserts its rights under U.S. Const. Amend. 7 and demands a trial by jury on all issues, in accordance with Fed. R. Civ. P. 38.

DATED: June 15, 2001.

Respectfully submitted,

**FLEMING & OLVERA, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

By: _/s/ Tom Fleming_
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

ATTORNEYS FOR DEFENDANT,
ZIMCO MARINE, INC.

## CERTIFICATE OF SERVICE

I, Tom Fleming, certify that a true and correct copy of the foregoing **DEFENDANT'S DEMAND FOR JURY TRIAL** was served <u>June 15, 2001</u> in the manner(s) indicated below upon the following Counsel-of-record:

**COUNSEL FOR PLAINTIFF,
JORGE L. MALDONADO:**
Miguel Salinas
GARZA & SALINAS, LLP
680 East St. Charles, Suite 110
Brownsville, Texas 78520
(<u>Certified United States Mail, R.R.R., #7099 3220 0000 8250 6267</u>)

*[signature]*
Tom Fleming