5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE L. MALDONADO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-091 |
| | § | JURY DEMAND |
| ZIMCO MARINE, INC. | § | |

### DEFENDANT'S DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

The only financially interested entity in the above styled and numbered cause is **ZIMCO MARINE, INC.** Zimco Marine, Inc. has a parent corporation, Texgulmarco Company, Inc. and four affiliated entities as follows:

1. Nevgulmarco Company, Inc.;
2. Texas Gulf Trawling Co., Inc.;
3. Marine Railway, Inc.; and
4. Port Isabel Park Center, Inc.

None of the named corporations is publicly traded.

DATED: June 19, 2001.

Respectfully submitted,

**FLEMING & HERNANDEZ**

1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

By: _/s/ Tom Fleming_
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188
**ATTORNEYS FOR DEFENDANT,
ZIMCO MARINE, INC.**

## CERTIFICATE OF SERVICE

I, Tom Fleming, certify that a true and correct copy of the foregoing **DEFENDANT'S DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES** was served <u>June 19, 2001</u> in the manner(s) indicated below upon the following Counsel-of-record:

**COUNSEL FOR PLAINTIFF,
JORGE L. MALDONADO:**
Miguel Salinas
**GARZA & SALINAS, LLP**
680 East St. Charles, Suite 110
Brownsville, Texas 78520
<u>(Certified United States Mail, R.R.R., #7099 3220 0000 8250 6236)</u>

_____
Tom Fleming