```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF TEXAS
            BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED
OCT 05 2001
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JORGE MALDONADO** | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-091 |
| | § | (COURT UNIT OF |
| | § | JUDGE TAGLE) |
| **ZIMCO MARINE** | § | |
| Defendant | § | |

### JOINT REPORT OF THE MEETING AND
### JOINT DISCOVERY/CASE MANAGEMENT PLAN
### UNDER RULE 26(f), FEDERAL RULES OF CIVIL PROCEDURE

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   A telephone meeting took place at 2:30 P.M. on October 5, 2001.

   Plaintiff's counsel attending the meeting: Mr. Miguel Salinas, Esq.

   Defendants' counsel attending the meeting: Mr. Tom Fleming, Esq.

2. List the cases related to this one that are pending in any State or Federal Court, with the case number and Court, and state how they are related.

   None.

3. Briefly describe what this case is about.

   Plaintiff contends he was victim of age discrimination at his former employer

   Defendants contend the following:

   Defendant denies there was any discriminatory treatment of Plaintiff.

4. Specify the allegation of federal jurisdiction.

   The jurisdiction of this Court is invoked pursuant to 29 U.S.C. § 623 the Age Discrimination in employment Act.

5.  Name the parties who disagree with the Plaintiff's jurisdiction allegations and state their reason.

    None.

6.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

    None at this time.

7.  List anticipated interventions.

    None at this time.

8.  Describe class-action issues.

    None.

9.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    The parties have not made initial disclosures; however, the parties have stipulated pursuant to Rule 26(a) to make initial disclosures within thirty (30) days of the submission of this plan.

10. Describe the proposed agreed discovery plan, including:

    a.  Responses to all the matters raised in Rule 26(f).

        Counsel are in basic agreement about the issues presented in Rule 26(f) and will abide by the local rules or court order.

    b.  When and to whom Plaintiff anticipates he may send interrogatories.

        The Defendant.

    c.  When and to whom Defendant anticipates it may send interrogatories.

        The Plaintiff.

    d.  Of whom and by when Plaintiff anticipates taking oral deposition.

        A corporate representative, and possibly some fact witnesses. It is anticipated the depositions will be completed within 180 days.

  e. Of whom and by when Defendant anticipates taking oral depositions.

   The Defendant will depose the Plaintiff as well as persons identified as having knowledge of relevant facts. It is anticipated the depositions will be completed within 240 days.

  f. (i) Specify the date experts for Plaintiff (or party with the burden of proof on an issue) will be designated and their reports provided to opposing party.

    Within 180 days of the initial pre-trial conference.

   (ii) Specify the date experts for Defendant will be designated and their reports provided to opposing party.

    Forty-five (45) days after the designation of Plaintiff's expert and the receipt of his/her report.

  g. List expert depositions Plaintiff (or party with the burden of proof on an issue) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B)(expert report).

   None anticipated at this time.

  h. List expert depositions Defendant (or opposing party) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B)(expert report).

   Defendant will depose any expert designated by Plaintiff other than attorneys on the subject of attorney's fees.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and the proposals of each party.

  Not applicable.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

  None.

13. State the date the planned discovery can reasonably be completed.

  Within 270 days.

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

The parties have not discussed settlement at this point. After initial discovery is completed, however, the parties may discuss the possibility of settlement..

15. Describe what each party has done or agreed to do to bring abut a prompt resolution.

    Not applicable at this time.

16. From the attorneys' discussion with their clients, state the alternative dispute resolution techniques that are reasonably suitable.

    The parties may be amenable to mediation or some other form of alternative dispute resolution.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    The parties do not agree to a trial before a magistrate judge at this time.

18. State whether a jury demand has been made and if it was made on time.

    Yes.

19. Specify the number of hours it will take to present the evidence in this case.

    At this time, Plaintiff anticipate it will take about __20__ hours to present the evidence in this case.

    Defendants anticipate that it will take __12__ hours to present the evidence in this case.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    None at this time.

21. List other motions pending.

    Not applicable at this time.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.

    None at this time.

23. Certify that all parties have filed Disclosures of Interested Persons as directed in the Order for Conference and Disclosure of Interested Persons, listing the date of filing for original and any amendments.

   Defense counsel has filed his Disclosures. The Plaintiff will do so within 5 days of the filing of this report.

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

| LAW OFFICE OF MIGUEL SALINAS | FLEMING AND HERNANDEZ |
|---|---|
| *Miguel Salinas* (signature) | *Tom Fleming* (by permission) (signature) |
| MIGUEL SALINAS | TOM FLEMING |
| Federal I.D. No. 15171 | Federal I.D. No. 1188 |
| State Bar No. 17534750 | State Bar No. 07133000 |
| 803 Old Port Isabel Rd. | 1650 Paredes Line Rd. |
| Brownsville, Texas 78521 | Brownsville, Texas 78521 |
| (956) 550-1115 (ofc) | (956) 982-4404 (ofc) |
| (956) 550-1134 (fax) | (956) 982-0943 (fax) |