7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE MALDONADO<br>    Plaintiff | § § § | |
| vs. | § § § § | CIVIL ACTION NO. B-01-091<br>(COURT UNIT OF<br>JUDGE TAGLE) |
| ZIMCO MARINE<br>    Defendant | § § | |

**PLAINTIFF JORGE MALDONADO'S MOTION FOR CONTINUANCE
OF INITIAL PRETRIAL CONFERENCE**

    Comes Now Plaintiff Jorge Maldonado, through his attorney of record and files this Motion for Continuance of Initial Pretrial Conference and in support will show the Court as follows:

    1. An Initial Pretrial Conference is scheduled for October 15, 2001 at 1:45 p.m..

    2. Plaintiff's Counsel was recently retained to assist in the trial of *Vargas v. Celedon;* Cause No. 1999-CVQ-001270-D3, in the 341st Judicial District in Laredo, Texas. Trial commences on October 15, 2001.

    3. Plaintiff's attorney is a sole practitioner and has been unable to find another attorney to appear at the Initial Pretrial Conference on his behalf.

    4. The Parties have filed a Joint Discovery Case Management Plan and are essentially in agreement in the prosecution of this claim. There are currently no motions pending for the Court's consideration.

    5. The request for continuance is not for delay only, but that justice may be done.

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS
ATTORNEY AT LAW

BY: _____
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Rd.
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax

## CERTIFICATE OF CONFERENCE

      I certify that I spoke with the Honorable Tom Fleming by telephone on October 12, 2001, and he is not opposed to this Motion for Continuance of the initial pretrial Conference.

_____
**MIGUEL SALINAS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the Plaintiff's Motion for Continuance of Initial Pretrial Conference was sent to the Defendant via fax on this the 12th day of October , 2001 to:

Hon. Tom Fleming
1650 Paredes Line Rd.
Brownsville, Texas 78521
956/982-0943 (facsimilie)

ATTORNEY FOR DEFENDANT ZIMCO MARINE

Miguel Salinas