8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE MALDONADO | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-091 |
| | § | (COURT UNIT OF |
| | § | JUDGE TAGLE) |
| ZIMCO MARINE | § | |
| Defendant | § | |

**ORDER ON PLAINTIFF JORGE MALDONADO'S MOTION FOR CONTINUANCE
OF INITIAL PRETRIAL CONFERENCE**

On _____, 2001, the Court considered Plaintiff's Motion for Continuance of Initial Pretrial Conference. After considering the motion, the Court:

GRANTS the motion and continues the Initial Pretrial Conference until _____.

~~DENIES the motion.~~

SIGNED on _____October 12_____, 2001

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED

_____
MIGUEL SALINAS

Granted 10/12/01