9

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

OCT 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE MALDONADO | § § § | |
| versus | § § | CIVIL ACTION NO: B: 01-91 |
| ZIMCO MARINE | § § | |

## Order Resetting Conference

The initial pre-trial conference has been reset to:

**October 22, 2001 at 1:45 p.m.**

Signed on _October 12_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge