United States District Court
Southern District of Texas
FILED

OCT 1 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JORGE MALDONADO** | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-091 |
| | § | (COURT UNIT OF |
| | § | JUDGE TAGLE) |
| **ZIMCO MARINE** | § | |
| Defendant | § | |

**PLAINTIFF'S NOTICE OF INTERESTED PARTIES**

Plaintiff, JORGE MALDONADO, files this Notice of Interested Parties pursuant to the Court's Scheduling Order:

a. Plaintiff, JORGE MALDONADO is a resident of Brownsville, Cameron County, Texas.

b. Counsel for Plaintiff is MIGUEL SALINAS, a solo practitioner with the Law Firm of Miguel Salinas located in Brownsville, Cameron County, Texas

DATED this __12th__ day of October, 2001

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS
ATTORNEY AT LAW

BY: _/s/ Miguel Salinas_
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Rd.
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of Plaintiff's Notice of Interested Parties was sent to the Defendant via fax on this the 15th day of October, 2001 to:

Hon. Tom Fleming
1650 Paredes Line Rd.
Brownsville, Texas 78521
956/982-0943 (facsimilie)

ATTORNEY FOR DEFENDANT ZIMCO MARINE

_____
Miguel Salinas