United States District Court
Southern District of Texas
ENTERED

OCT 24 2001

Michael N. Milby, Clerk
By Deputy Clerk

**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

Maldonado
versus
Zimco Marine Inc.

§
§
§   CIVIL ACTION B- 01-91
§
§

## Scheduling Order

1. Trial: Estimated time to try: **3** days.   ☐ Bench   ☑ Jury

2. New parties must be joined by:   **Nov 30, 2001**

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   **Jan 3, 2002**

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.   **Feb 4, 2002**

5. Discovery must be completed by:   **April 2, 2002**

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************   The court will provide these dates.   ************************

6. Dispositive Motions will be filed by:   **4-26-02**

7. Joint pretrial order is due:   **7-12-02**

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   **8-1-02**

9. Jury Selection is set for 9:00 a.m. on:   **8-5-02**

The case will remain on standby until tried.

Signed **October 23**, 2001, at Brownsville, Texas.

Hilda G. Tagle
**United States District Judge**

Counsel, please sign on the back.

*Scheduling Order--Page Two*

_____/s/ Miguel Salinas_____
Counsel for  Plaintiff

_____/s/ Tom Fleming_____
Counsel for ZIMCO MARINE

_____
Counsel for

_____
Counsel for

_____
Counsel for

_____
Counsel for