14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JORGE MALDONADO<br>    Plaintiff | §<br>§<br>§ | |
| vs. | §<br>§<br>§ | CIVIL ACTION NO. B-01-091<br>(COURT UNIT OF<br>JUDGE TAGLE) |
| ZIMCO MARINE<br>    Defendant | §<br>§ | |

MOTION TO CANCEL SCHEDULED MEDIATION

COMES NOW, Plaintiff Jorge Maldonado and asks the Court to cancel the mediation scheduled for December 12, 2001, and in support would show unto the Court as follows:

1. The parties scheduled a mediation of this case before the honorable Magistrate Felix Recio for December 12, 2001 at 9:00 a.m. .

2. After initial discovery was conducted, the Plaintiff in consultation with his attorney has agreed to non-suit his claim of age discrimination.

3. The Plaintiff is currently working in Colorado but will be back in his home in Brownsville for the Christmas holiday. The Plaintiff will be filing a Motion to Dismiss/Non-Suit as soon as he returns home.

4. The Defendant will not be prejudiced by cancelling the mediation. There are no current deadlines and no additional attorneys fees should be incurred as a result of the cancellation of this mediation.

5. The Plaintiff asks the Court to cancel the mediation and set this case for a status conference in January 2002 if the Motion to Dismiss/Non-Suit is not filed within that time period.

6. The Plaintiff has conferred with the Defendant on this matter and he is unopposed to the filing of this motion.

WHEREFORE PREMISES CONSIDERED, the parties ask the Court to cancel the mediation and set a status conference for sometime in January 2002.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE MALDONADO | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-091 |
| | § | (COURT UNIT OF |
| | § | JUDGE TAGLE) |
| ZIMCO MARINE | § | |
|     Defendant | § | |

## ORDER ON MOTION TO CANCEL MEDIATION

On _____, 2001, the Court considered the Plaintiff's Motion to Cancel the Mediation scheduled before the Honorable U.S. Magistrate Felix Recio on December 12, 2001 at 9:00 a.m. . After considering the motion, the Court:

GRANTS the motion and sets this case for status conference on January _____, 2002

DENIES the motion.

SIGNED on _____, 2001

                                                  U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED

*/s/ Miguel Salinas*
MIGUEL SALINAS

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS

BY: *[signature: Miguel Salinas]*

MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Rd.
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion to Cancel Mediation has been served upon Defendant Zimco Marine through its attorney of Record Tom Fleming, 1650 Paredes Line Rd., Brownsville, Texas 78521, via facsimile 956/982-0943 on this 12th day of December 2001.

_____
MIGUEL SALINAS