IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 1 2 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **JORGE MALDONADO** | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-091 |
| | § | (COURT UNIT OF |
| | § | JUDGE TAGLE) |
| **ZIMCO MARINE** | § | |
| Defendant | § | |

### ORDER ON MOTION TO CANCEL MEDIATION

On ___December 11___, 2001, the Court considered the Plaintiff's Motion to Cancel the Mediation scheduled before the Honorable U.S. Magistrate Felix Recio on December 12, 2001 at 9:00 a.m.. After considering the motion, the Court:

GRANTS the motion and sets this case for status conference on January ___January 15___, 2002, at 9:30 a.m.

~~DENIES the motion~~.

SIGNED on ___December 12___, 2001

_____
U.S. Magistrate Judge

APPROVED & ENTRY REQUESTED

_____
MIGUEL SALINAS