United States District Court
Southern District of Texas
FILED

JAN 1 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE MALDONADO<br>Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO.B-01-091 |
| ZIMCO MARINE<br>Defendant | § § § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT

**COMES NOW**, JORGE MALDONADO, plaintiff in the above-entitled and numbered cause, appearing by and through his counsel of record, and moves to Dismiss this cause of action against Defendant ZIMCO MARINE, with prejudice and in support would show the Court as follows:

1. Plaintiff sued Defendant alleging age discrimination. The Plaintiff has found gainful employment and moved on with his life. He no longer wants to pursue his claim against Defendant.

2. The Defendant has been consulted in regards to this Motion and is not opposed. Each party will bear its own costs.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff JORGE MALDONADO requests that the Court enter an Order dismissing all claims against ZIMCO MARINE, defendant with prejudice, with each party paying its own court costs.

Respectfully submitted,

By _____
    Miguel Salinas
    State Bar No. : 17534750
    803 Old Port Isabel Rd.
    Brownsville, Texas 78521
    (956) 550-1115
    (956) 550-1134
    ATTORNEY FOR PLAINTIFF