17

# CHAMBERS MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Law Clerk:

Date:          Jan 15, 2002, 9:30 am

United States District Court
Southern District of Texas
FILED

JAN 15 2002

Michael N. Milby
Clerk of Court

---

## C. A. NO. B-01-091 (HGT)

---

| | | |
|---|---|---|
| JORGE MALDONADO | * | Miguel Salinas |
| vs | * | |
| ZIMCO MARINE | * | Tom Fleming |

---

## STATUS CONFERENCE

Attorney Fleming appeared.  Attorney Salinas did not appear.

Attorney Salinas telephonically informed the Court that a motion to dismiss with prejudice will be filed tomorrow.