18

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE MALDONADO<br>Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-091 |
| ZIMCO MARINE<br>Defendant | § § § | |

### ORDER OF DISMISSAL

On __Jan 23,_____, 2002, the Court considered Plaintiff's Motion to Dismiss. After considering the Motion, the court;

**GRANTS** the motion and dismisses the case with prejudice.

It is therefore **ORDERED, ADJURED AND DECREED** that all claims that were asserted, or could have been asserted, by Plaintiff JORGE MALDONADO in this cause are hereby DISMISSED WITH PREJUDICE, and that each party bear their own costs.

SIGNED this the __23__ day of __July_____ 2002.

_____
Hilda G. Tagle
U.S. District Judge

APPROVED AND ENTRY REQUESTED

_____
Miguel Salinas
Attorney for Plaintiff